Daniel Harlan MURRAY, Respondent,

v.

DIRECTOR OF REVENUE, State
of Missouri, Appellant.

No. ED 94638.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 1, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 12, 2011.

Jonathan H. Hale, Special Assistant At-
torney General, Missouri Department of
Revenue, Jefferson City, MO, for Appel-
lant.

Lisa D. Sigmund, Chesterfield, MO, for
Respondent.

Before: KURT S. ODENWALD, P.J.,
ROBERT G. DOWD, JR., J. and LUCY D.
RAUCH, Sp. J.

*ORDER*

PER CURIAM.

The Missouri Director of Revenue ap-
peals from the judgment of the trial court
removing the administrative revocation of
Daniel Murray's driving privileges. We
affirm.

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-
peal and find the claims of error to be
without merit. No error of law appears.
An extended opinion reciting the detailed
facts and restating the principles of law
applicable to this case would serve no jur-
isprudential purpose. The parties have
been furnished with a memorandum for
their information only, setting forth the
reasons for our decision. We affirm the
judgment pursuant to Rule 84.16(b)(2).